USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BRYAN VELAZQUEZ, on behalf of himself and all others similarly situated,

                        Plaintiff,

-against-

THE NEIMAN MARCUS GROUP, LLC,

                        Defendant.
------------------------------------------------------------X

22-CV-6520 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 3, 2022, Plaintiff was ordered to move for leave to file an Amended Complaint not later than November 15, 2022, or the action would be dismissed for lack of standing, Dkt. 7;

    WHEREAS on November 8, 2022, Plaintiff notified the Court that the parties have reached an agreement in principle resolving all issues and asked the Court to retain jurisdiction for 60 days while the parties prepare settlement documents, Dkt. 8; and

    WHEREAS because Plaintiff does not have before the Court a complaint that adequately alleges standing the Court does not currently have jurisdiction over this dispute.

    IT IS HEREBY ORDERED THAT if Plaintiff fails to move for leave to file an amended complaint before the previously-set **November 15, 2022**, deadline, this case will be dismissed without prejudice, *see Bank v. U.S. Dep't of Health & Human Servs.*, 708 F. App'x 43, 44–45 (2d Cir. 2018) (summary order).

**SO ORDERED.**

**Date: November 10, 2022**
      **New York, New York**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**

2